FILED
CLERK, U.S. DISTRICT COURT

5/21/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CDO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00320-MEMF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 32(a)(1): Damaging an Aircraft; 49 U.S.C. § 46504: Interference with Flight Crew Members and Attendants] |
| SUN SIK MOON, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 32(a)(1)]

On or about February 29, 2024, defendant SUN SIK MOON willfully damaged, destroyed, and disabled an aircraft in the special aircraft jurisdiction of the United States and a civil aircraft used, operated, and employed in interstate, overseas, and foreign air commerce, namely, American Airlines Flight 9602 from Charlotte, North Carolina, to Los Angeles, California, which landed at Los Angeles International Airport, in Los Angeles County, within the Central District of California.

COUNT TWO

[49 U.S.C. § 46504]

On or about February 29, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, American Airlines Flight 9602 from Charlotte, North Carolina, to Los Angeles, California, which landed at Los Angeles International Airport, in Los Angeles County, within the Central District of California, defendant SUN SIK MOON knowingly assaulted and intimidated a flight attendant of the aircraft, namely, K.G., and in doing so, interfered with the performance of the duties of the flight attendant and flight crew members and lessened the ability of the flight attendant and flight crew members to perform their duties.

COUNT THREE

[49 U.S.C. § 46504]

On or about February 29, 2024, while on an aircraft in the special aircraft jurisdiction of the United States, namely, American Airlines Flight 9602 from Charlotte, North Carolina, to Los Angeles, California, which landed at Los Angeles International Airport, in Los Angeles County, within the Central District of California, defendant SUN SIK MOON knowingly assaulted and intimidated a flight attendant of the aircraft, namely, D.H., and in doing so, interfered with the performance of the duties of the flight attendant and flight crew members and lessened the ability of the flight attendant and flight crew members to perform their duties.

A TRUE BILL

　/s/_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Chief, General Crimes Section

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

JEREMY K. BEECHER
Assistant United States Attorney
General Crimes Section

3